UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOSEPH C. McAFEE </br></br>   Plaintiff, </br></br> v. </br></br> MICHAEL J. ASTRUE, </br>Commissioner of the Social </br>Security Administration, </br></br>   Defendant. | Case No. EDCV 07-01670 AJW </br></br> **J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **reversed**, and this case is **remanded** for further administrative proceedings consistent with the memorandum of decision filed concurrently herewith.

DATED: January 12, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge